UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY ARRIAGA,

16 CV 1628 (NSR) (LMS)

                Plaintiff,

**ORDER FOR THE DEPOSITION OF THE PLAINTIFF**

-against-

DR. DANA GAGE and CO ALVARADO,

                Defendants.
-----------------------------------------------------------x

IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of plaintiff Anthony Arriaga, 06-A-0542, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the case.

Dated: New York, New York
      November 21, 2019

_____
HON. LISA MARGARET SMITH
United States Magistrate Judge