Chambers Sent a Copy to Pro Se Plaintiff at Address of Record

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**ARRIAGA,**

                        **Plaintiff,**

       *- against –*                     **16 CV 1628 (NSR) (LMS)**

**GAGE, et al.,**                                 **ORDER**

                       **Defendants.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

       The telephonic status conference currently scheduled for Thursday, April 9, 2020, at 9:30 a.m., before the undersigned will be adjourned to Friday, May 8, 2020, at 9:30 a.m. In addition, there will be a thirty (30) day extension to all outstanding discovery deadlines.

Dated: April 2, 2020
       White Plains, New York       **SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] Judge Nelson S. Román referred this matter to the undersigned on December 17, 2019. ECF No.11.