UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ANTHONY ARRIAGA,                   **ORDER**

        Plaintiff,                16-CV-01628 (PMH)

v.

DANA GAGE, et al.,

        Defendants.

----------------------------------------------------------X

The case management conference scheduled for June 12, 2020 in front of me is adjourned. The conference will be rescheduled once discovery is complete. Counsel for Defendants are instructed to mail a copy of this Order to Plaintiff and provide proof of service on the docket.

Dated: New York, New York            SO ORDERED:
       June 5, 2020

                                                     Philip M. Halpern
                                                     United States District Judge