UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY ARRIAGA,

                           Plaintiff,

v.

DANA GAGE and C.O. ALVARADO,

                          Defendants.
-----------------------------------------------------------------X

ORDER

16-cv-1628 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO-ORDERED.

Dated: New York, New York
        August 25, 2020

_____
Philip M. Halpern
United States District Judge